11 So.2d 359

## O. W. TILL v. T. M. BRUNER.

### 3 Div. 385.

Supreme Court of Alabama.
Jan. 7, 1943.

Rehearing Denied Jan. 28, 1943.

Howell P. Rogers, of Greenville, and Jos. R. Bell, of Hayneville, for appellant.

D. M. Powell and Powell & Hamilton, all of Greenville, for appellee.

BROWN, Justice.

This is a companion case with Pate v. Bruner, ante, p. 648, 11 So.2d 356, and on the authority of the opinion in that case, this case will be reversed.

Reversed and remanded.

All the Justices concur.